**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ifeolumpio O. Sofola M.D. v. Aetna Health, Inc. and Aetna Life
                                    Insurance Company

Appellate case number:      01-15-00387-CV

Trial court case number:      2013-76814

Trial court:                       152nd District Court of Harris County

Appellant is **ORDERED** to provide an update to the Court on the May 18, 2015 hearing held in the trial court, which was referenced in Appellees' Response to Emergency Motion for Stay of Trial Court Proceedings Pending Interlocutory Appeal. The update is due by 5:00 p.m. on Wednesday, May 20, 2015.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                   ☒ Acting individually     ☐ Acting for the Court

Date: May 19, 2015